```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| OTTO TRAVERS, | : | CIVIL ACTION |
| Petitioner, | : | NO. 04-5058 |
| v. | : | |
| JAMES L. GRACE, ET AL., | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this **18th** day of **August, 2005,** upon consideration of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (doc. no. 7), and with no objections to the Report and Recommendation having been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is **DENIED** and **DISMISSED**; and

3. A Certificate of Appealability is **NOT GRANTED,** due to a lack of probable cause.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**